IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT FOR FLORIDA
JACKSONVILLE DIVISION
300 North Hogan Street
Jacksonville, Florida 32202

## COMPLAINT

COME NOW, petitioner, Yvonne LaVance Hinton, sui juris and for cause of action against the defendants(s), SELECT PORTFOLIO SERVICING INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, ELIZABETH WELLBORN ESQ., ACCREDITED MORTGAGE LOAN TRUST, RONNIE FUSSELL DUVAL COUNTY CLERK OF COURTS, A.C. SOUD, AARON BOWDEN, CHARLES O. MITCHELL JR., ORTEGA BLUFF HOMEOWNERS ASSOCIATION INC., BRIAN CANTRELL, THE INDEPENDENT SAVINGS PLAN COMPANY AND WORTH AVENUE FINANCING INC., would state;

COMPLAINT FOR DAMAGES. THIS INTERNATIONAL COMMON LAW LIEN LAWSUIT COMPLAINT AGAINST SELECT PORTFOLIO SERVICING INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, ELIZABETH WELLBORN ESQ., ACCREDITED MORTGAGE LOAN TRUST, RONNIE FUSSELL DUVAL COUNTY CLERK OF COURTS, A.C. SOUD, AARON BOWDEN, CHARLES O. MITCHELL JR., ORTEGA BLUFF HOMEOWNERS ASSOCIATION INC., BRIAN CANTRELL, THE INDEPENDENT SAVINGS PLAN COMPANY AND WORTH AVENUE FINANCING INC. et al. .........; IT'S TRUSTEE'S AND AGENT(S) FOR VIOLATION(S) FRAUD TOWARDS THE SECURED PARTY, EXECUTOR, GRANTOR OF THE DEED OF TRUST, YVONNE LAVANCE HINTON ens legis; BY BREAKING THE UNIFORM COMMERCIAL CODE, MORTGAGE LAWS, SECURED INSTRUMENTS, UNIDROIT, UNICRITIDAL, INTERNATIONAL COMMERCIAL COMMERCE FILING, BANKING EXTORTION; ON SAID AGREEMENTS (CONTRACTS); TREATIES BOTH FOREIGN AND DOMESTIC; PUBLIC LAW 73-10, HJR 192.

## JURISDICTION

1. This is an action for damages caused by the deprivation under "color of law" and "color of authority" of Petitioner constitutionally guaranteed rights as enumerated in the Constitution for the United States of America and the bill of Rights, UNDROIT, UNICRITICAL, UNIDRIP, ICC, UCC, in amendment thereto and is founded upon **42 U.S.C. Section 1983** et seq. Jurisdiction is based upon **28 U.S.C. Sections 1331 and 1343**. Declaratory relief is sought pursuant to **28 U.S.C. Sections 2201 and 2202**. Petitioner on further invokes the pendent jurisdiction of this court to hear and decide claims arising under the **Law of the Land.**
2. Venue is placed in this District Court because it is the Highest Authority in these Lands to seek Relief and Remedy where all the parties violations are occurring.

## FACTS

The Court and its officers have failed to state which United States they represent, since they can represent only one, and it's under Federal Debt Collection Procedure, as a corporation, the United States has no jurisdiction over the Petitioner. As an American national and as a belligerent claimant, Petitioner hereby asserts the right of immunity inherent in the 11th amendment: "The judicial power shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another state, or by citizens of any foreign State. "This court, by definition is a FOREIGN STATE, and is misusing the name of this Indigenous American by placing Petitioner's name in all capital letters, as well as by using Petitioner's last name to construe Petitioner erroneously, as a "person" which is a "term of art" meaning: a creature of the law, an artificial being, and a **CORPORATION** or ens legis:

"**Ens Legis.** L. Lat.  A creature of the law; an artificial being, as contrasted with a natural person.  Applied to corporations, considered as deriving their existence entirely from the law."  Blacks Law Dictionary, 4th Edition, 1951

All complaints and suits against such CORPORATION, or ens legis, fall under the aforementioned FSIA and service of process must therefore be made by the clerk of the court, under Section 1608(a)(4) of Title 28 USC, 63 Stat. 111, as amended (22 U.S.C. 2658) (42 FR 6367, Feb. 2, 1977, as amended at 63 FR 16687, Apr. 6, 1998), to the Director of the Office of Special Consular Services in the Bureau of Consular Affairs,  Department of State, in Washington D.C., exclusively, pursuant to 22 CFR Sec. 93.1 and sec.93.2.  A copy of the FSIA must be filed with the complaint along with "a certified copy of the diplomatic note of transmittal," and, "the certification shall state the date and place the documents were delivered. "The foregoing must be served upon the Chief Executive Officer and upon the Registered Agent of the designated CORPORATION or FOREIGN STATE.

**MUNICIPAL, COUNTY, or STATE COURTS** lack jurisdiction to hear any case since they fall under the definition of  FOREIGN STATE,  and under all related definitions below.  Said jurisdiction lies with the "district court of the United States," established by Congress in the states under Article III of the Constitution, which are "constitutional courts" and do not include the territorial court created under Article IV, Section 3, Clause 2, which are "legislative" courts. Hornbuckle v. Toombs, 85 U.S. 648,21 L.Ed.966(1873),(See title 28 USC, Rule 1101), exclusively, under the FSIA Statutes pursuant to 28 USC Sec. 1330

It is an undisputed, conclusive presumption that the above-mentioned real party in interest is a not a CORPORATION,  and, further, is not registered with any Secretary of State as a CORPORATION. Pursuant to Rule 12(b)(6), the SOLICITOR GENERAL OF DUVAL COUNTY has failed to state a claim for which relief can be granted to the Petitioner. This is a  FATAL DEFECT, and therefore, the instant case and all related matters must be **DISMISSED WITH PREJUDICE** for lack of in personam, territorial, and subject matter jurisdiction, as well as for improper Venue, as well as pursuant to the 11th Amendment Foreign State Immunity.

Moreover, the process in the above-captioned case is not "regular on its face"

Regular on its Face – "Process is said to be "regular on its face" when it proceeds from the court, officer, or body having authority of law to issue process of that nature, and which is legal in form, and contains nothing to notify, or fairly apprise any one that it is issued without authority".

## STATEMENTS OF FACT OR VIOLATIONS LISTED BELOW:

1. Neither the Defendant nor the Agent can produce a Valid Warrant or Claim.

2. Neither the Defendant nor the Agent has established Holder in due course.

3. Neither the Defendant nor the Agent can produce a Contract(s) or Agreement(s).

4. The Defendant(s) Nor the Agent(s) can Produce any Original Note(s)

5. The Defendant(s) must meet Point for Point on all Fact's Presenting Below.

6. The Defendant(s), Trustee(s), and Agent(s) have Violated the Public Trust of 73-10

7. The Defendant(s), Trustee(s), and Agent(s) have forged Documents with the Petitioners name

8. The Defendant(s), Trustee(s), and Agent(s) have violated multi Notary Public laws

9. The Defendant(s), Trustee(s), and Agent(s) Alleged Foreclosure authorized by way of confessed judgment.

10. The Defendant(s), Trustee(s), and Agent(s) failed to provide form H-8, H-9 to rescind before foreclosure. 12 CFR 226.23

11. The Defendant(s), Trustee(s), and Agent(s) failed to disclose regulation Z also violation of 12 CFR 226.23

12. The Defendant(s), Trustee(s), and Agent(s) failed to disclose 15 U.S.C 78C SEC.10

13. The Defendant(s), Trustee(s), and Agent(s) violate title 18 U.S.C Sec. 656

46 U.S.C.12106 (2007), Surrender of title and number (A) In general. A documented vessel may not be titled by a State or required to display numbers under chapter 123 of this title, and any certificate of title issued by a State for a documented vessel shall be surrendered as provided by regulations prescribed by the Secretary. (b) Vessels covered by preferred mortgage. The Secretary may approve the surrender under subsection (a) of a certificate of title for a vessel covered by a preferred mortgage under section 31322(d) of this title only if the mortgagee consents.

## NO IMMUNITY UNDER "COMMERCE"

All immunity of the United States and all liability of States, instrumentalities of States, and State officials have been waived under commerce, according to the following US Codes:

**Title 15 USC, Commerce Sec. §1122, "Liability *of States, instrumentalities of States, and State officials*"**

(a) Waiver of sovereign immunity by the United States. The United States, all agencies and instrumentalities thereof, and all individuals, firms, corporations, other persons acting for the United States and with the authorization and consent of the United Stated, shall not be immune from suit in Federal or State court by any person, including any governmental or nongovernmental entity, for any violation under this Act. (b) Waiver of sovereign immunity by States. Any State, instrumentality of a State or an officer or employee of a State or instrumentality of a State acting in his or her official capacity, shall not be immune, under the eleventh amendment of the Constitution of the United States or under any other doctrine of sovereign immunity, from the suit in Federal court by an person, including any governmental or nongovernmental entity for any violation under this Act.

*Title 42 USC Sec. §12202, "State immunity"*

A State shall not be immune under the eleventh amendment to the Constitution of the United Stated from an action in federal or State court of competent jurisdiction for a violation of this chapter. In any action against a State for a violation of the requirements of this chapter, remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in an action against any public or private entity other than a State

*Title 42 USC, Sec. §2000d-7, "Civil rights remedies equalization"*

(a) General provision

(1) A State shall not be immune under the Eleventh Amendment of the Constitution of the United States from suit in Federal court for a violation of section 504 of the Rehabilitation Act of 1973 [29 U.S.C. 794], title IX of the Education Amendments of 1972 [20 U.S.C. 1681 et seq.], the Age Discrimination Act of 1975 [42 U.S.C. 6101 et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or the provisions of any other Federal statute prohibiting discrimination by recipients of Federal financial assistance. (2) In a suit against a State for a violation of a stature referred to in paragraph (1), remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in the suit against any public or private entity other than a State.

The Administrative Procedure Act of 1946 gives immunity in Administrative Court to the Administrative Law Judge (ALJ) only when an action is brought by the people against a public, agency or corporate official / department. Under Title 5 USC, Commerce, public offices or officials can be sanctioned.

*Title 5, USC, Sec. §551:*

(10) "Sanction" includes the whole or a part of an agency---

(A) prohibition, requirement, limitation, or other condition affecting the freedom of a person; (B) withholding of relief; (C) imposition of penalty or fine; (D) destruction, taking, seizure, or withholding or property; (E) assessment of damages, reimbursement, restitution, compensation, costs, charges, or fees; (F) requirement, revocation, or suspension of a license; or (G) Taking other compulsory or restrictive action;

Justice is required to be BLIND while holding a **SET OF SCALES** and a **TWO-EDGED SWORD**. This symbolizes true justice. The Administrative Procedure Act of 1946 (60 stat 237) would allow the sword to cut in either direction and give the judge immunity by holding his own court office accountable for honest service fraud, obstruction of justice, false statements, malicious prosecution and fraud placed upon the court. Any willful intent to uncover the EYES OF JUSTICE or TILT THE SCALES is a willful intent to deny Due Process, which violates Title 18 USC §346, "Scheme or Artifice to Defraud." by perpetrating a scheme or artifice to deprive another of the intangible right of honest services. This is considered fraud and an overthrow of a constitutional form of government and the person depriving the honest service can be held accountable and face punishment under Title 18 USC and Title 42 USC and violates Title 28 USC judicial procedures.

Title 18 USC, Crime and Criminal Procedure, and Title 42 USC, Public Health and Welfare, allow the Petitioner to bring an action against the United States and/or the State agencies, departments, and employees for civil rights violations while dealing in commerce. Title 10 places all public officials under this Title 10 section 333 while under a state of emergency. (Declared or undeclared War, this falls under TWEA.)

## HOUSE OF JOINT RESOLUTION 192

On June 5, 1933, Congress passed House Joint Resolution (HJR 192). HUR 192 was passed to suspend the gold standard and abrogate the gold clause in the national constitution. Since then no one in America has been able to lawfully pay a debt. This resolution declared:

"To assure uniform value to the coins and currencies of the United States,

Whereas the existing emergency has disclosed that provisions of obligations which purport to give the oblige a right to require payment in gold or a particular kind of coin or currency of the United States, or in a an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts,

Now, therefore, be it Resolved by the State and House of Joint Representative of the United States of America in Congress assembled, that

(a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payments in gold or a particular kind of coin in currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto,

shall be discharged upon payment, dollar for dollar, in any coin or currency which at time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United Stated, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

(b) As used in this resolution, the term 'obligation' means any obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term 'coin or currency' means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

Sec. 2 The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled 'An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and of other purposes;, approved May 12, 1933, is amended to read as follows:

"All coins and currencies of the United States (including Federal Reserve notes and circulating notes of the Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at violation in proportion to their actual weight.'

Approved, June 5, 1933, 4:40 p.m. 31 U.S.C.A. 462, 463

House Joint Resolution 192, 73d Congress, Sess. I, Ch. 48, June 5, 1933 (Public Law No. 10)

Note: "payment of debt" is now against Congressional and "public policy" and henceforth, "Every obligation shall be discharged.

As a result of HJR 192, and from that day forward (June 5, 1933), no one in this nation has been able to lawfully pay a debt or lawfully own anything. The only thing one can do is tender in transfer of debts, with the debt being perpetual. The suspension of the gold standard, and prohibition against paying debts, removed the substance for our common law to operate on, and created a void as far as the law is concerned.

This substance was replaced with a "PUBLIC NATIONAL CREDIT SYSTEM" where debt is "LEGAL TENDER" money.

HJR 192 was implemented immediately. The day after President Roosevelt signed the resolution, the treasury offered the public new government securities, minus the traditional "payable in gold" clause.

192 states that one cannot demand a certain form of currency that they want to receive if it is dollar for dollar. If you review the Modern Money Mechanics article you will discover that all currency is your credit! The Federal Reserve calls it "monetized debt."

**Credit Loans and Void Contracts:**
**CASE LAW**

"In the federal courts, it is well established that a national bank has not power to lend its credit to another by becoming surety, indorser, or guarantor for him.'" Farmers and Miners Bank v. Bluefield Nat'l Bank, 11 F 2d 83, 271 U.S. 669.

"A national bank has no power to lend its credit to any person or corporation . . . Bowen v. Needles Nat. Bank, 94 F 925 36 CCA 553, certiorari denied in 20 S.Ct 1024, 176 US 682, 44 LED 637.

"The doctrine of ultra vires is a most powerful weapon to keep private corporations within their legitimate spheres and to punish them for violations of their corporate charters, and it probably is not invoked too often ... Zinc Carbonate Co. v. First National Bank, 103 Wis 125, 79 NW 229. American Express Co. v. Citizens State Bank, 194 NW 430.

"A bank may not lend its credit to another even though such a transaction turns out to have been of benefit to the bank, and in support of this a list of cases might be cited, which-would *look like a catalog of ships.*" [Emphasis added] Norton Grocery Co. v. Peoples Nat. Bank, 144 SE 505. 151 Va 195.

"It has been settled beyond controversy that a national bank, under federal Law being limited in its powers and capacity, cannot lend its credit by guaranteeing the debts of another. All such contracts entered into by its officers are ultra vires . . ." Howard & Foster Co. v. Citizens Nat'l Bank of Union, 133 SC 202, 130 SE 759(1926).

". . . cheques, drafts, money orders, and bank notes are not lawful money of the United States ..." State v. Neilon, 73 Pac 324, 43 Ore 168.

"Neither, as included in its powers not incidental to them, is it a part of a bank's business to lend its credit. If a bank could lend its credit as well as its money, it might, if it received compensation and was careful to put its name only to solid paper, make a great deal more than any lawful interest on its money would amount to. If not careful, the power would be the mother of panics, . . . Indeed, lending credit is the exact opposite of lending money, which is the real business of a bank, for while the latter creates a liability in favor of the bank, the former gives rise to a liability of the bank to another. *1 Morse. Banks and Banking* 5th Ed. Sec 65; *Magee, Banks and Banking*, 3rd Ed. Sec 248." American Express Co. v. Citizens State Bank, 194 NW 429.

"It is not within those statutory powers for a national bank, even though solvent, to lend its credit to another in any of the various ways in which that might be done." Federal Intermediate Credit Bank v. L 'Herrison, 33 F 2d 841, 842 (1929).

"There is no doubt but what the law is that a national bank cannot lend its credit or become an accommodation endorser." National Bank of Commerce v. Atkinson, 55 E 471.

"A bank can lend its money, but not its credit." First Nat'l Bank of Tallapoosa v. Monroe . 135 Ga 614, 69 SE 1124, 32 LRA (NS) 550.
"... the bank is allowed to hold money upon personal security; but it must be money that it loans, not its credit." Seligman v. Charlottesville Nat. Bank, 3 Hughes 647, Fed Case No.12, 642, 1039.

"A loan may be defined as the delivery by one party to, and the receipt by another party of, a sum of money upon an agreement, express or implied, to repay the sum with or without interest." Parsons v. Fox 179 Ga 605, 176 SE 644. Also see Kirkland v. Bailey, 155 SE 2d 701 and United States v. Neifert White Co., 247 Fed Supp 878, 879.

"The word 'money' in its usual and ordinary acceptation means gold, silver, or paper money used as a circulating medium of exchange . . ." Lane v. Railey 280 Ky 319, 133 SW 2d 75.

"A promise to pay cannot, by argument, however ingenious, be made the equivalent of actual payment ..." Christensen v. Beebe, 91 P 133, 32 Utah 406.

"A bank is not the holder in due course upon merely crediting the depositors account." Bankers Trust v. Nagler, 229 NYS 2d 142, 143.

"A cheque is merely an order on a bank to pay money." Young v. Hembree, 73 P2d 393.

"Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract, and which is so acted upon, constitutes 'fraud,' and entitles party deceived to avoid contract or recover damages." Barnsdall Refining Corn. v. Birnam Wood Oil Co.. 92 F 26 817.

"Any conduct capa ble of being turned into a statement of fact is representation. There is no distinction between misrepresentations effected by words and misrepresentations effected by other acts." Leonard v. Springer 197 Ill 532. 64 NE 301.

"If any part of the consideration for a promise be illegal, or if there are several considerations for an unseverable promise one of which is illegal, the promise, whether written or oral, is wholly void, as it is impossible to say what part or which one of the considerations induced the promise." Menominee River Co. v. Augustus Spies L & C Co., 147 Wis 559. 572; 132 NW 1122.

"The contract is void if it is only in part connected with the illegal transaction and the promise single or entire." Guardian Agency v. Guardian Mut. Savings Bank, 227 Wis 550, 279 NW 83.

"It is not necessary for rescission of a contract that the party making the misrepresentation should have known that it was false, but recovery is allowed even though misrepresentation is innocently made, because it would be unjust to allow one who made false representations, even innocently, to retain the fruits of a bargain induced by such representations." Whipp v. Iverson, 43 Wis 2d 166.

"Each Federal Reserve bank is a separate corporation owned by commercial banks in its region ..." Lewis v. United States, 680 F 20 1239 (1982).
In a Debtor's RICO action against its creditor, alleging that the creditor had collected an unlawful debt, an

In a Debtor's RICO action against its creditor, alleging that the creditor had collected an unlawful debt, an interest rate (where all loan charges were added together) that exceeded, in the language of the RICO Statute, "twice the enforceable rate." The Court found no reason to impose a requirement that the Plaintiff show that the Defendant had been convicted of collecting an unlawful debt, running a "loan sharking operation. The debt included the fact that exaction of a usurious interest rate rendered the debt unlawful and that is all that is necessary to support the Civil RICO action. Durante Bros. & Sons, Inc. v. Flushing Nat 'l Bank. 755 F2d 239, Cert. denied, 473 US 906 (1985).

The Supreme Court found that the Plaintiff in a civil RICO action need establish only a criminal "violation" and not a criminal conviction. Further, the Court held that the Defendant need only have caused harm to the Plaintiff by the commission of a predicate offense in such a way as to constitute a "pattern of Racketeering activity." That is, the Plaintiff need not demonstrate that the Defendant is an organized crime figure, a mobster in the popular sense, or that the Plaintiff has suffered some type of special Racketeering injury; all that the Plaintiff must show is what the

Statute specifically requires. The RICO Statute and the civil remedies for its violation are to be liberally construed to effect the congressional purpose as broadly formulated in the Statute. Sedima, SPRL v. Imrex Co., 473 US 479 (1985).

## DEFINITIONS TO KNOW WHEN EXAMINING A BANK CONTRACT

**BANK ACCOUNT:** A sum of money placed with a bank or banker, on deposit, by a customer, and subject to be drawn out on the latter's check.

**BANK:** whose business it is to receive money on deposit, cash checks or drafts, discount commercial paper, make loans and issue promissory notes payable to bearer, known as bank notes.

**BANK CREDIT:** A credit with a bank by which, on proper credit rating or proper security given to the bank, a person receives liberty to draw to a certain extent agreed upon.

**BANK DEPOSIT:** Cash, check or drafts placed with the bank for credit to depositor's account. Placement of money in bank, thereby, creating contract between bank and depositors

**DEMAND DEPOSIT:** The right to withdraw deposit at any time.

**BANK DEPOSITOR:** One who delivers to, or leaves with a bank a sum of money subject to his order,

**BANK DRAFT:** A check, draft or other form of payment.

**BANK OF ISSUE-** Bank with the authority to issue notes which are intended to circulate as currency.

**LOAN:** Delivery by one party to, and receipt by another party, a sum of money upon agreement, express or implied, to repay it with or without interest.

**CONSIDERATION:** The inducement to a contract. The cause, motive, price or impelling influences, which induces a contracting, party to enter into a contract. The reason, or material cause of a contract. (See illegal consideration and impossible consideration.)

**CHEQUE-** A draft drawn upon a bank and payable on demand, signed by the maker or drawer, containing an unconditional promise to pay a certain sum in money to the order of the payee. The Federal Reserve Board defines a check as, "...*a draft or order upon a bank or banking house purporting to be drawn upon a deposit of funds for the payment at all events of, a certain sum of money to a certain person therein named, or to him or his order, or to bearer and payable instantly on demand of.*"

## QUESTIONS ONE MIGHT ASK THE BANK IN AN INTERROGATORY

1. Did the bank loan gold or silver to the alleged borrower?

2. Did the bank loan credit to the alleged borrower?

3. Did the borrower sign any agreement with the bank, which prevents the borrower from repaying the bank in credit?

4. Is it true that your bank creates check book money when the bank grants loans, simply by adding deposit dollars to accounts on the bank's books, in exchange, for the borrower's mortgage note?

5. Has your bank, at any time, used the borrower's mortgage note, "promise to pay", as a deposit on the bank's books from which to issue bank checks to the borrower?

6. At the time of the loan to the alleged borrower, was there one dollar of Federal Reserve Bank Notes in the bank's possession for every dollar owed in Savings Accounts, Certificates of Deposits and Check Accounts (Demand Deposit Accounts) for every dollar of the loan?

7. According to the bank's policy, is a promise to pay money the equivalent of money?

8. Does the bank have a policy to prevent the borrower from discharging the mortgage note in "like kind funds" which the bank deposited from which to issue the check?

9. Does the bank have a policy of violating the Deceptive Trade Practices Act?

10. When the bank loan officer talks to the borrower, does the bank inform the borrower that the bank uses the borrowers mortgage note to create the very money the bank loans out to the borrower?

11. Does the bank have a policy to show the same money in two separate places at the same time?

12. Does the bank claim to loan out money or credit from savings and certificates of deposits while never reducing the amount of money or credit from savings accounts or certificates of deposits, which customers can withdraw from?

13. Using the banking practice in place at the time the loan was made, is it theoretically possible for the bank to have loaned out a percentage of the Savings Accounts and Certificates of Deposits?

14. If the answer is "no" to question #13, explain why the answer is no.

15. In regards to question #13, at the time the loan was made, were there enough Federal Reserve Bank Notes on hand at the bank to match the figures represented by every Savings Account and Certificate of Deposit and Checking Account (Demand Deposit Account)?

16. Does the bank have to obey, the laws concerning, Commercial Paper; Commercial Transactions, Commercial Instruments, and Negotiable Instruments?

17. Did the bank lend the borrower the bank's assets, or the bank's liabilities?

18. What is the complete name of the banking entity, which employs you, and in what jurisdiction is the bank chartered?

19. What is the bank's definition of "Loan Credit"?

20. Did the bank use the borrowers assumed mortgage note to create new bank money, which did not exist before the assumed mortgage note was signed?

21. Did the bank take money from any Demand Deposit Account (DDA), Savings Account (SA), or a Certificate of Deposit (CD), or any combination of any DDA, SA or CD, and loan this money to the borrower?

22. Did the bank replace the money or credit, which it loaned to the borrower with the borrower's assumed mortgage note?

23. Did the bank take a bank asset called money, or the credit used as collateral for customers' bank deposits, to loan this money to the borrower, and/or did the bank use the borrower's note to replace the asset it loaned to the borrower?

24. Did the money or credit, which the bank claims to have loaned to the borrower, come from deposits of money or credit made by the bank's customers, excluding the borrower's assumed mortgage note?

25. Considering the balance sheet entries of the bank's loan of money or credit to the borrower, did the bank directly decrease the customer deposit accounts (i.e. DDA, SA, and CD) for the amount of the loan?

26. Describe the bookkeeping entries referred to in question #13.

27. Did the bank's bookkeeping entries to record the loan and the borrower's assumed mortgage note ever, at any time, directly decrease the amount of money or credit from any specific bank customer's deposit account?

28. Does the bank have a policy or practice to work in cooperation with other banks or financial institutions use borrower's mortgage note as collateral to create an offsetting amount of new bank money or credit or check book money or DDA generally to equal the amount of the alleged loan?

29. Regarding the borrowers assumed mortgage loan, give the name of the account which was debited to record the mortgage.

30. Regarding the bookkeeping entry referred to in Interrogatory #17 state the name and purpose of the account, which was credited.

31. When the borrower's assumed mortgage note was debited as a bookkeeping entry, was the Off-setting entry a credit account?

32. Regarding the initial bookkeeping entry to record the borrower's assumed mortgage note and the assumed loan to the borrower, was the bookkeeping entry credited for the money loaned to the borrower, and was this credit offset by a debit to record the borrower's assumed mortgage note?

33. Does the bank currently or has it ever at anytime used the borrower's assumed mortgage note as money to cover the bank's liabilities referred to above, i.e. DDA, SA and CD?

34. When the assumed loan was made to the borrower, did the bank have every DDA, SA, and CD backed up by Federal Reserve Bank Notes on hand at the bank?

35. Does the bank have an established policy and practice to emit bills of credit which it creates upon its books at the time of making a loan agreement and issuing money or so-called money of credit, to its borrowers?

## SUMMARY

The bank advertised it would loan money, which is backed by legal tender. Is not that what the symbol $ means? Is that not what the contract said? Do you not know there is no agreement or contract in the absence of mutual consent? The bank may say that they gave you a check, you owe the bank money. This information shows you that the check came from the money the alleged borrower provided and the bank never loaned any money from other depositors.
I've shown you the law and the bank's own literature to prove my case. All the bank did was trick you. They get your mortgage note without investing one cent, by making you a depositor and not a borrower.

**The key to the puzzle is, the bank did not sign the contract. If they did they must loan you the money. If they did not sign it, chances are, they deposited the mortgage note in a checking account and used it to issue a check without ever loaning you money or the bank investing one cent.**

Our Nation, along with every State of the Union, entered into Bankruptcy, in 1933. This changes the law from "gold and silver" legal money and "common law" to the law of bankruptcy. Under Bankruptcy law the mortgage note acts like money. Once you sign the mortgage note it acts like money. The bankers now trick you into thinking they loaned you legal tender, when they never loaned you any of their money. The trick is they made you a depositor instead of a borrower. They deposited your mortgage note and issued a bank check. **Neither the mortgage note nor the check is legal tender.** The mortgage note and the check are now money created that never existed, prior. The bank got your mortgage note for free without loaning you money, and sold the mortgage note to make the bank check appear legal. The borrower provided the legal tender, which the bank gave back in the form of a check. If the bank loaned legal tender, **as the contract says,** for the bank to legally own the mortgage note, then the people would
still own the homes, farms, businesses and cars, nearly debt free and pay little, if any interest.

**By the banks not fulfilling the contract by loaning legal tender, they make the alleged borrower, a depositor. This is a fraudulent conversion of the mortgage note. A Fraud is a felony.**

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** the Petitioner demands judgment against the Defendants, jointly and severally as follows:

a.) A Declaratory Judgment that the actions of the Defendant(s) and State Judiciary acting in concert with un-constitute an unlawful usurpation of the Constitution for the united States of America, Uniform Commercial Code, UNICRTICIAL, I.C.C., USUFRUCT LAW(S), unlawful actions against the contracts of UNIDROIT for the purpose(s) of implementing exclusive Legislation, in all cases whatsoever (Statutory Jurisdiction) over the Petitioner, to the detriment of lawful money in these united States of America and for Treason, high Crimes and Misdemeanors (Article II Section 4 and Article III Section3);

b.) as compensatory and consequential damages, the sum of $3,000,000.00;

c.) the costs and disbursements of this action;

d.) all attorneys' fees incurred in prosecuting this action pursuant to 42 U.S.C. Section §1988;

e.) the right to amend this complaint as needed;

f.) such other and further relief both at Law and in equity, to which this petitioner may be justly entitled or as this court deems proper.

Respectfully submitted, this the __10th__ day of __April__, 2014

*Yvonne LaVance Hinton*
Yvonne LaVance Hinton U.C.C. 1-308

Yvonne LaVance Hinton
8150 Kilkelly Lane South
Jacksonville, FL 32244
Ph.#(904) 444-1392