UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YVONNE L. HINTON,

     Plaintiff,

v.                                                    CASE NO. 3:14-cv-418-J-39JBT

DEUTSCHE BANK NATIONAL
TRUSH COMPANY, et al.,

     Defendants.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's Affidavit of Indigency (Doc. 2), which the Court construes as an application for leave to proceed *in forma pauperis* ("Application"). On May 5, 2014, the Court took the Application under advisement to give Plaintiff the opportunity to file an amended complaint and to provide a more detailed financial affidavit. (*See* Doc. 6 at 5.) Plaintiff was directed to file an amended complaint and a new financial affidavit no later than May 26, 2014. (*Id.*) Further Plaintiff was cautioned that "[f]ailure to comply with this Order may result in a recommendation to the District Judge that the Application be denied and/or that this case be dismissed . . . ." (*Id.*

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

at 6.) However, as of this date, Plaintiff has not filed an amended complaint or a new financial affidavit.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be dismissed without prejudice for failure to prosecute, and that the Clerk be directed to terminate any pending motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on June 3, 2014.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

The Honorable Brian J. Davis
United States District Judge

Pro Se Plaintiff

Counsel of Record